**Ralph ESKRIDGE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48424.**

Missouri Court of Appeals,
Western District.

June 7, 1994.

■

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and
BRECKENRIDGE and ELLIS, JJ.

---

## ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).